# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| ALDEN THOMAS, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-02573-JCM-NJK |
| vs. | ) ORDER |
| KANG AND ASSOCIATES, et al., | ) (Docket No. 1) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*. Docket No. 1. Plaintif's application is incomplete. *See id.* Accordingly, Plaintiff's Application to proceed *In Forma Pauperis* (Docket No. 1) is **DENIED**. The Court will give Plaintiff 30 days to file a renewed application.

Based upon the foregoing,

**IT IS ORDERED** that:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Docket No. 1) is **DENIED** without prejudice.
2. Plaintiff shall file a complete renewed Application to Proceed *In Forma Pauperis*.
3. The Clerk of Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated.
4. Plaintiff shall have until **December 7, 2016** to file a renewed Application to Proceed *In Forma Pauperis*. If Plaintiff does not file an amended application by December 7, 2016, the Court will recommend dismissal of the instant case.

Dated: November 8, 2016

NANCY J. KOPPE
United States Magistrate Judge